UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-22258-CMA

AMIN LAKHANI,

    Plaintiff,

v.

ATLANTIC DEVELOPMENT
CONSULTANTS, INC.,
and DIXIE BBQ LLC,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff and Defendants, by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that they have reached a settlement in principle of this action. The parties anticipate filing a joint stipulation for dismissal with prejudice within thirty (30) days.

Dated:  August 28, 2023　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| *s/ Glenn R. Goldstein* | *s/ Adam S. Chotiner*[1] |
| Glenn R. Goldstein, Esq. | Adam S. Chotiner, Esq. |
| E-Mail: ggoldstein@g2legal.net | E-Mail: achotiner@sbwh.law |
| Glenn R. Goldstein & Associates, PLLC | Shapiro, Blasi, Wasserman & Hermann, P.A. |
| 8101 Biscayne Blvd., Suite 504 | 7777 Glades Rd., Suite 400 |
| Miami, FL 33138 | Boca Raton, FL 33434 |
| Tel: (561) 573-2106 | Tel: (561) 477-7800 |
| Counsel for Plaintiff | Fax: (561) 477-7722 |
| *Via CM/ECF* | Counsel for Defendants |
| | *Via CM/ECF* |

---

[1]     Plaintiff's counsel Glenn R. Goldstein has provided Adam S. Chotiner with express authority to jointly file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Amin Lakhani v. Atlantic Development Consultants, Inc., and Dixie BBQ LLC.*
Case No.: 1:23-cv-22258-CMA
United States District Court, Southern District of Florida

| | |
|---|---|
| Glenn R. Goldstein, Esq.<br>E-Mail: GGoldstein@G2Legal.net<br>Glenn R. Goldstein & Associates, PLLC<br>8101 Biscayne Blvd., Ste. 504<br>Miami, Florida 33138<br>Phone: (561) 573-2106<br>Counsel for Plaintiff<br>*Via CM-ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman<br> & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Phone: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendants<br>*Via CM/ECF* |